[No. 31600-9-III.   Division Three.   August 7, 2014.]

*In the Matter of the Marriage of* DARRYL A. ROBINSON, *Appellant,* and SHEA A. ROBINSON, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 12-3-00731-2, Michael P. Price, J., entered March 22, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Brown, A.C.J., concurred in by Korsmo and Fearing, JJ.

[No. 31749-8-III.   Division Three.   August 7, 2014.]

CARY SCHENCK ET AL., *Appellants,* v. DOUGLAS COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Douglas County, No. 13-2-00011-1, John Hotchkiss, J., entered May 30, 2013. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 69423-5-I.   Division One.   August 11, 2014.]

THE STATE OF WASHINGTON, *Respondent,* v. ROY PURCELL JACKSON, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 11-1-05671-2, Hollis R. Hill, J., entered October 12, 2012. *Affirmed* by unpublished opinion per Leach, J., concurred in by Cox and Trickey, JJ.

[No. 69798-6-I.   Division One.   August 11, 2014.]

DOHENY HOMES, LLC, *Respondent,* v. LINCOLN WARREN LEE II ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 11-2-13730-9, Susan J. Craighead, J., entered March 4, 2013. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Spearman, C.J., concurred in by Dwyer and Leach, JJ.